# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Pinedo Rodriguez,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-04416-PHX-JZB<br><br>**ORDER** |

Pending before the Court is Petitioner's "Emergency Response and Objection to Respondent's Notice of Compliance." (Doc. 14.) In the Emergency Response, Petitioner, through counsel, asserts that Respondents' Notice of Compliance (doc. 13) "should be rejected because the July 8 and July 9, 2026 immigration court proceedings did not provide a meaningful bond hearing and therefore did not satisfy the relief at issue in this habeas action." (*Id.* at 2.) Specifically, Petitioner asserts that "the July 8 and July 9 proceedings did not provide Petitioner with meaningful process because Petitioner and counsel lacked adequate notice and a reasonable opportunity to prepare, consult, and present the bond case in a meaningful manner." (*Id.* at 3.)

Given Petitioner's Emergency Response, the Court shall direct Respondents to file a response on or before July 28, 2026, at 5:00 pm. Thereafter, Petitioner may file a reply on or before July 30, 2026, at 5:00 pm.

//

//

Accordingly,

**IT IS ORDERED** directing Respondents to file a response to Petitioner's Emergency Response and Objection to Respondent's Notice of Compliance (doc. 14) on or before **JULY 28, 2026**, at **5:00 PM**.

**IT IS FURTHER ORDERED** that Petitioner may file a reply on or before **JULY 30, 2026**, at **5:00 PM**.

Dated this 21st day of July, 2026.

_____
Honorable John Z. Boyle
United States Magistrate Judge